HANS RICHTER v. EXCELSIOR BREWING COMPANY.

Submitted July 20, 1903—Decided November 9, 1903.

Where the character of a child's injuries, caused by the negligence of a defendant, is severe, and it is improbable that the plaintiff will ever entirely recover from their effects, a verdict of $1,500 will not be set aside as excessive, or reduced.

On rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices DIXON, HENDRICKSON and PITNEY.

For the rule, *Edward P. Johnson, Jr.,* and *George Holmes.*

*Contra, Horace L. Allen.*

PER CURIAM.

The plaintiff, a child six years of age, while being drawn on a sled by another child, across Fourth street, near the corner of Washington street, in Hoboken, was trodden on by one of the horses attached to a wagon of the defendant, and quite seriously injured. The jury concluded from the testimony that the accident to the plaintiff was due to negligence on the part of the defendant's driver. This conclusion is not against the preponderance of the evidence.

The damages were assessed at the sum of $1,500; and we are asked to make this rule absolute on the ground that they are excessive. The evidence submitted as to the character of the plaintiff's injuries shows that they were severe, and that it is improbable that the plaintiff will ever entirely recover from their effects. Under the circumstances we do not consider that we would be justified in setting aside the verdict for this reason, or in reducing it.

The rule to show cause should be discharged.